IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| SCOTT M. JOHNSON | PLAINTIFF / COUNTER DEFENDANT |
| v. | Case No. 4:19-cv-00616-LPR |
| SHEFFIELD FINANCIAL, A DIVISION OF BRANCH BANKING AND TRUST COMPANY | DEFENDANT / COUNTER CLAIMANT / THIRD-PARTY PLAINTIFF |
| v. | |
| JOSHUA JOHNSON | THIRD-PARTY DEFENDANT |

## JUDGMENT

Consistent with the Orders previously issued in this case, it is CONSIDERED, ORDERED, and ADJUDGED that Scott Johnson's Fair Credit Reporting Act claim is DISMISSED WITHOUT PREJUDICE, Scott Johnson's state common law claims are DISMISSED WITH PREJUDICE, and Sheffield Financial's breach of contract claim(s) are REMANDED to the Circuit Court of Lonoke County, Arkansas.

IT IS SO ADJUDGED this 22nd day of January 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE